

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of the appeal are taxed against appellant.

SIGNED October 10, 2018.

_____
Rebeca C. Martinez, Justice